## RECONSIDERATION OF PRIOR DECISIONS

**2004–1993.  Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 03–2144–EL–AAM, 03–2144–EL–ATA and 03–2144–EL–UNC. Reported at 109 Ohio St.3d 328, 2006-Ohio-2110, 847 N.E.2d 1184. On motion for reconsideration of FirstEnergy Corporation. Motion denied.
    O'CONNOR and LANZINGER, JJ., dissent.
On motion to strike motion for reconsideration. Motion denied as moot.

**2005–0118.  Maumee v. Pub. Util. Comm.**
Public Utilities Commission, No. 03–2144–EL–ATA. Reported at 109 Ohio St.3d 328, 2006-Ohio-2110, 847 N.E.2d 1184. On motion for reconsideration of FirstEnergy Corporation. Motion denied.
    O'CONNOR and LANZINGER, JJ., dissent.

**2005–0766.  Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 03–2144–EL–ATA. Reported at 109 Ohio St.3d 328, 2006-Ohio-2110, 847 N.E.2d 1184. On motion for reconsideration of FirstEnergy Corporation. Motion denied.
    O'CONNOR and LANZINGER, JJ., dissent.
On motion to strike motion for reconsideration. Motion denied as moot.

**2005–1323.  State v. Coran.**
Clark App. No. 2003–CA–80, 2004-Ohio-6874. Reported at 109 Ohio St.3d 313, 2006-Ohio-2109, 847 N.E.2d 1174. On motion for reconsideration. Motion denied.

**2005–1874.  State v. Brown.**
Lucas App. No. L–04–1148, 2005-Ohio-4348. Reported at 109 Ohio St.3d 313, 2006-Ohio-2109, 847 N.E.2d 1174. On motion for reconsideration. Motion denied.

**2006–0053.  Chase Mtge. Serv., Inc. v. Latsa.**
Cuyahoga App. No. 85682, 2005-Ohio-6021. Reported at 109 Ohio St.3d 1423, 2006-Ohio-1967, 846 N.E.2d 533. On motion for reconsideration, amended motion for reconsideration, and motion to clarify. Motions denied.

**2006–0135.  Arnold & Caruso v. Nyktas.**
Lucas App. No. L–05–1011, 2005-Ohio-5566. Reported at 109 Ohio St.3d 1425, 2006-Ohio-1967, 846 N.E.2d 534. On motion for reconsideration. Motion denied.
    RESNICK, J., not participating.

**2006–0147.  State v. Bradley.**
Champaign App. No. 2004–CA–15, 2005-Ohio-6533. Reported at 109 Ohio St.3d 1425, 2006-Ohio-1967, 846 N.E.2d 534. On motion for reconsideration. Motion denied.
    RESNICK and O'CONNOR, JJ., dissent.

**2006–0197.  State v. Mayes.**
Cuyahoga App. No. 86203, 2006-Ohio-105. Reported at 109 Ohio St.3d 1426, 2006-Ohio-1967, 846 N.E.2d 535. On motion for reconsideration. Motion denied.